UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Civil Action No. 1:25-CV-00034 |
| : | |
| APPROXIMATELY 1,467,761.163191 : | |
| USDT, : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Rick Blaylock Jr., Assistant United States Attorney, as counsel for the United States in the above captioned matter.

Respectfully submitted,

EDWARD R. MARTIN JR., D.C. Bar #481866
United States Attorney

By:       */s/ Rick Blaylock Jr.*
       RICK BLAYLOCK JR.
       Assistant United States Attorney
       Asset Forfeiture Coordinator
       Texas Bar Number 24103294
       United States Attorney's Office
       601 D Street NW
       Washington, D.C. 20530
       Telephone: 202-252-6765
       Email: rick.blaylock.jr@usdoj.gov