Default - Rule 55A                                                                      (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        Plaintiff(s)

v.                                                                       Civil Action: 1:25-cv-00034

APPROXIMATELY 1,467,761.163191 USDT

        Defendant(s)

**RE:** APPROXIMATELY 1,467,761.163191 USDT

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served by publication on 3/7/2025, and an affidavit on behalf of the plaintiff having been filed, it is this  18  day of  April , 2025  declared that defendant(s) is/are in default.

                                                  ANGELA D. CAESAR, Clerk

                            By:     /s/ Dwight Patterson
                                            Deputy Clerk