**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Criminal No.  1:25-cv-00034-JMC** |
| **APPROXIMATELY 1,467,761.163191 USDT,** | |
| **Defendant.** | |

### PROPOSED ORDER

UPON CONSIDERATION of the United States' motion for default judgment, and the entire record herein, it is hereby

ORDERED that the United States' motion is GRANTED; and it is further

ORDERED, ADJUDGED AND DECREED that

1.  Default judgment is hereby entered against all persons or entities claiming an interest in the Defendant Property.

2.  The Defendant property is hereby forfeited to the government.

3.   This is a final order.

SO ORDERED:

_____
Dated

_____
THE HONORABLE JIA M. COBB
UNITED STATES DISTRICT JUDGE